Concur — Steuer, J. P., Capozzoli, McNally, McGivern and Witmer, JJ.

PHYLLIS GUTTERMAN v. WILLIAM GUTTERMAN.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

In the Matter of the Arbitration between GERTRUDE S. COHEN et al. and LEO COHEN.—

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

In the Matter of BULL & BEAR RESTAURANT CORP. v. NEW YORK STATE LIQUOR AUTHORITY.

In the Matter of CURTIS ANDERSON v. WILLIAM REID et al.—

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

ROSE WECKSLER v. IRVING WECKSLER.

Concur — Stevens, P. J., Eager, Steuer, McNally and McGivern, JJ.

(July 11, 1967)

30-12 LEWMAY CORP. et al., Respondents, v. PUBLIC MUTUAL INSURANCE COMPANY, Appellant, and ROSE THAU, Individually and as Executrix of ISRAEL THAU, Deceased, et al., Respondents. 30-18 LEWMAY CORP. et al., Respondents, v. PUBLIC MUTUAL INSURANCE COMPANY, Appellant, and SAFEGUARD MUTUAL INSURANCE COMPANY et al., Respondents.

MEMORANDUM BY THE COURT. Orders, entered November 21, 1966, denying defendant's motion to dismiss the complaint on the ground that the action is barred by the Statute of Limitations, modified, on the law and the facts, to the extent of requiring a separate and prior trial of the issue of the Statute of Limitations, and otherwise affirmed, with $50 costs and disbursements to respondents.